IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

STACY HILL for
COREY D. PETERSON, JR.,
    Plaintiff,

vs.                                                        Case No.: 5:13cv240/WS/EMT

CAROLYN W. COLVIN, Acting
Commissioner of the Social Security
Administration,
    Defendant.
_____/

## **REPORT AND RECOMMENDATION**

This cause is before the court upon Plaintiff's Motion to Dismiss Complaint (doc. 5), in which Plaintiff requests that his complaint be dismissed at this time because "Plaintiff has not provided the documentation or money needed to complete the complaint with the In Forma Pauperis [sic]" (*id.* at 1).

Federal Rule of Civil Procedure 41(a)(1) provides that an action may be dismissed without an order of the court (i) by filing a notice of dismissal at any time before the adverse party serves an answer or a motion for summary judgment, or (ii) by filing a stipulation of dismissal signed by all parties who have appeared in the action. Rule 41(a)(2) provides that "[e]xcept as provided in Rule 41(a)(1), an action may be dismissed at the plaintiff's request only by court order and on terms that the court considers proper." Because Defendant has not yet filed an answer in the instant case, it is clear that Plaintiff is automatically entitled to a voluntary dismissal at this time.[1]

---

[1] Certification of attorney conference under Local Rule 7.1(B) therefore is not required in this case. Moreover the court notes that, even if certification were needed, the certification on the motion is not sufficient to preserve an objection (*see* doc. 5 at 1) (stating, without any specificity, that counsel for Defendant "preserve[s]" any objections to the motion).

Accordingly, it is respectfully **RECOMMENDED**:

That Plaintiff's Motion to Dismiss Complaint (doc. 5) be **GRANTED** and this case be **DISMISSED without prejudice**.

At Pensacola, Florida, this 12th day of August 2013.

                                             /s/ *Elizabeth M. Timothy*
                                             **ELIZABETH M. TIMOTHY**
                                             **UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only</u>. A copy of objections shall be served upon the magistrate judge and all other parties. Failure to object may limit the scope of appellate review of factual findings.** *See* **28 U.S.C. § 636; <u>United States v. Roberts</u>, 858 F.2d 698, 701 (11th Cir. 1988).**