UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

STACY HILL for
COREY D. PETERSON, JR.,

    Plaintiff,

v.                                                         5:13cv240-WS/EMT

CAROLYN W. COLVIN, Acting
Commissioner of the Social Security
Administration,

    Defendant.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 6) docketed August 12, 2013. The magistrate judge recommends that the plaintiff's motion to dismiss be granted.

The court having reviewed the record, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 6) is ADOPTED and incorporated into this order by reference.

2. The plaintiff's motion to dismiss (doc. 5) is GRANTED.

3. The clerk shall enter judgment stating: "All claims are DISMISSED without prejudice."

DONE AND ORDERED this \_\_\_11th\_\_\_ day of \_\_\_September\_\_\_, 2013.

                                           s/ William Stafford
                                           WILLIAM STAFFORD
                                           SENIOR UNITED STATES DISTRICT JUDGE